# IN THE SUPREME COURT OF THE STATE OF NEVADA

LUIS A. AGUIRRE A/K/A JOSUE PEIRO-TAPIA A/K/A JOSUE A. AGUIRRE,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 75929

FILED

JUN 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT

BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for amended judgment of conviction to include jail time credits. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the order denying the motion on November 3, 2017. Appellant did not file the notice of appeal, however, until May 14, 2018, well after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-22920

cc:    Hon. William D. Kephart, District Judge
Luis A. Aguirre
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A